UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CAUSE NO. 2:16 CR 00160 |
| v. ) | |
| ) | Hon. Matthew F. Kennelly |
| JAMES E. SNYDER ) | |

**GOVERNMENT'S MOTION FOR HEARING
AND DISCOVERY ON DEFENDANT'S ASSERTION
OF ADVICE OF COUNSEL DEFENSE**

The government is mindful that the deadline for filing pre-trial motions passed on February 8, 2021. However, on March 1, 2021, Defendant informed the government that he intends to introduce at trial evidence of advice of counsel. The notice provided to the government names two attorneys specifically on whose advice Defendant relied.

The first is then-City Attorney for Portage, Indiana Gregg Sobkowski. According to Defendant, Mr. Sobkowski "was involved in overseeing the bid process to ensure compliance with Indiana law" and "advised multiple City officials" in that capacity. As to whether written communications exist between Mr. Sobkowski and Defendant, he notes that the government has "many of those emails."

Defendant's notice also names current Seventh Circuit Judge Thomas L. Kirsch, II, who from July 21, 2014 to October 4, 2017, represented Defendant in this criminal investigation and prosecution. According to the notice:

"Without knowing what topics [the government] intend[s] to raise on retrial" Defendant is "unable to tell [the government] what precise topics [he] would be raising the [advice of counsel] defense to rebut." However, "as a measure of goodwill," Defendant informs the government that he has conferred with Judge Kirsch, who "concurs that an advice of counsel defense is applicable and appropriate in this matter" as to "the interpretation of the language of the City of Portage, Indiana statement of economic interest forms, and whether Mr. Snyder had any legal obligation to fill out and submit" said form. As to this specific category of anticipated testimony, Defendant says that none of the emails collected by the government via search warrant which were filtered out as privileged by a government filter team contain communications between Mr. Snyder and Judge Kirsch on that topic.

    The government believes it is entitled to discovery of all written communications between Defendant and the above-referenced attorneys regarding any topic on which the Defendant will suggest or assert at trial that he received and relied upon advice of counsel. Defendant's notice references certain written communications but does not foreclose the possibility that others exist. Further, because Defendant refuses to identify the specific topics Judge Kirsch may have advised him on which he may reference during trial, the government is unable to determine the scope of Defendant's waiver of the attorney-client privilege.

WHEREFORE the government respectfully requests that the Court take up this matter at the upcoming Final Pretrial Conference and require Defendant to state with greater particularity the topics on which he may introduce evidence of his reliance on the advice of counsel, and to ensure that the government is given a full and fair opportunity to obtain discovery of the formerly-privileged communications falling within the scope of Defendant's waiver.

DATED:   March 2, 2021

>   Respectfully submitted.
>
>   MONTY WILKINSON
>   ACTING ATTORNEY GENERAL
>
>   JOHN R. LAUSCH, JR.
>   UNITED STATES ATTORNEY
>
>   By:   /s/ *Jill R. Koster*
>   JILL R. KOSTER
>   Assistant U.S. Attorney
>   5400 Federal Plaza, Suite 1500
>   Hammond, Indiana 46320
>   (219) 937-5500
>
>   By:   /s/ *Ankur Srivastava*
>   ANKUR SRIVASTAVA
>   Special Attorney to the Attorney General[1]
>   219 S. Dearborn Street, 5th Floor
>   Chicago, IL 60604
>   (312) 353-5300

---

[1] Acting under authority conferred by 28 U.S.C. § 515.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

/s/ *Jill R. Koster*
JILL R. KOSTER
Assistant U.S. Attorney
U.S. Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219) 937-5500
(219) 937-5500